Elliot Gale (Bar #263326)
egale@gajplaw.com
Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Ryan Millis

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Ryan Millis<br><br>Plaintiff<br><br>v.<br><br>U.S. Bank, N.A.<br><br>Defendant. | Case No.: 2:20-cv-04076-DSF-JC<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT U.S. BANK, N.A. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Ryan Millis and defendant U.S. Bank, N.A. have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  Plaintiff anticipates filing a dismissal of U.S. Bank, with prejudice, within 30 days once the settlement is finalized.

Dated:  June 26, 2020

**Gale, Angelo, Johnson, & Pruett, P.C.**

/s/ *Joe Angelo*
Joe Angelo
Attorney for Plaintiff